706

Submitted March 21, 1973. *John W. Packel* and *Jonathan Miller,* Assistant Defenders, and *Vincent J. Ziccardi,* Defender, for appellant; no appearance entered nor brief submitted for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Brown, Appellant.

Argued March 12, 1973. *John R. Gailey, Jr.,* for appellant; *Marion E. MacIntyre,* Deputy District Attorney, with him *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Brown, Appellant.

Submitted March 19, 1973. *Jonathan Miller,* Assistant Defender, and *Vincent J. Ziccardi,* Defender, for appellant; *Maxine J. Stotland* and *Milton M. Stein,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.